Plymouth Superior Court
Civil Clerk
72 Belmont Street
Brockton, Massachusetts 02301

May 25, 2005

RE:

Donald M. Schwarz vs Sergeant Robert Lincoln, individually et al

Plymouth Superior Court No. 2005 CV 0459
District Court of the United States of America No. 05 10959 RCL

Clerk of Court,

    Pursuant to F. R. C. P. 81(c) "Removed Actions" and F.R.C.P. 12(a),(b) "Defense and Objections", Plaintiff Donald M. Schwarz in the above named action, does hereby inform the Plymouth Superior Court, that an objection has been entered to the "Notice of Removal" of the Defendants, and that a "Notice of Removal" is not an *EX PARTE* motion when made by any of the parties, and as such, the copies of all docket entries in the action filed at the Plymouth Superior Court are not to be forwarded, until a justice of the Federal District Court, has had an opportunity to rule on the arguments submitted pertaining to removal and to notify all parties.

    Thank you for your attention and assistance to this matter.

FOR THE RECORD    Reserving all Rights

_____    Date May 25, 2005
Donald M. Schwarz, Sui Juris, In Propria Persona, Plaintiff
92 Benson Rd
Stoughton, Mass 02072
781-344-5405

CC: District Court of the United States - Boston, Mass.
    Kopelman and Paige, PC

Attached: Motion in Opposition ( 2 pages)

1/4