DISTRICT COURT OF THE UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

C. A. No. 05 10959 RCL

Donald M. Schwarz,
           Plaintiff

Vs.

SERGEANT Robert Lincoln, individually;
TOWN OF BRIDGEWATER, PLYMOUTH COUNTY,
COMMONWEALTH OF MASSACHUSETTS.
           Defendants.

MOTION IN OPPOSITION TO REMOVAL OF ACTION TO THE DISTRICT COURT OF THE UNITED STATES OF AMERICA, DISTRICT OF MASSACHUSETTS.

Plaintiff, Donald M. Schwarz, a natural person and an inhabitant of the Commonwealth of Massachusetts, pursuant to Rights secured by the Declaration of Rights, Massachusetts Constitution; the Constitution of the United States of America and the Judiciary Act of 1789, 1 Stat. 73, c.XX, and all applicable constitutional rulings of all applicable courts at the common law, does hereby challenge and oppose the removal of the above named action from the Plymouth County Superior Court, Plymouth County, Commonwealth of Massachusetts where said action is currently pending based upon the following grounds:

1. Defendants SERGEANT Robert Lincoln nor TOWN OF BRIDGEWATER have cited a single instance in their "ANSWER OF DEFENDANT TOWN OF BRIDGEWATER" of what rights secured by the Constitution of the United States of America or applicable Acts of Congress, statues, regulations or rulings that Plaintiff Schwarz has specifically cited as having been violated by either of the above named Defendants to secure a removal based upon a pleading under Title 28 USC § 1331.

2. The District Court has no jurisdiction over the above action for no federal claims have been made by Plaintiff Schwarz nor by Defendants SERGEANT Robert Lincoln nor the TOWN OF BRIDGEWATER and therefore is not subject to Title 28 USC § 1441.

3. At no time during the Criminal Complaint process against SERGEANT Robert Lincoln at the Brockton District Court, Docket No.'s: 0315 AC 011902; 0315 AC 014119 or 0415 AC 009578, did said Lincoln ever claim federal jurisdiction.

4. Plaintiff Schwarz does request of this Court to remand this action back to the Plymouth County Superior Court pursuant to Fed. R. Civ. P. 12(b) that Defendants fail to state a claim upon which relief can be granted should this action be removed to this Court.

5. Plaintiff Schwarz again requests of this Court to remand this action back to the Plymouth County Superior Court based upon Fed. R. Civ. P.12 (h)(1), (2),(3) Defendants fail to state a claim upon which relief can be granted by this Court and as such, this Court lacks jurisdiction and Plaintiff Schwarz requests of this Court to remand this action back to the Plymouth County Superior Court where proper jurisdiction exists according to the complaint submitted by the Plaintiff.

6. Plaintiff Schwarz preserves all his rights under Fed. R. Civ. P. 12 and all other applicable sections of Federal Rules of Civil Procedure, to include his common law rights.

7. Plaintiff Schwarz does hereby affirm that this pleading is to the best of his knowledge and made in good faith and is in accordance with Fed. R. Civ. P.:11 and 81(c); and LR, D.Mass. Rules: 4.1, 5.1, 5.2, 7.1.

Reserving all Rights        For the Record

_Donald M. Schwarz_   Date _May 25, 2005_    3/9

Donald M. Schwarz, Sui Juris, In Propria Persona, Plaintiff
92 Benson Road, Stoughton, Massachusetts 02072, 781-344-5405

Plaintiff Donald M. Schwarz does affirm, that true copies of the Motion in Opposition to Removal have been sent to the following:

Plymouth Superior Court, Civil Clerk, 72 Belmont Str. Brockton, Mass 02301

Federal District Court, 1 Courthouse Way, Boston, Mass 02210

Kopelman and Paige, PC, 31 St. James Avenue, Boston, Mass 02116-4102

On the _____ th day of May, 2005 AD

_____  Date May 25, 2005
Donald M. Schwarz, Plaintiff