UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959RCL

DONALD M. SCHWARZ,

        Plaintiff

v.

SERGEANT ROBERT LINCOLN,
Individually; TOWN OF BRIDGEWATER,
PLYMOUTH COUNTY,
MASSACHUSETTS,

        Defendants

DEFENDANT TOWN OF
BRIDGEWATER'S LOCAL RULE
16.1(D)(3) CERTIFICATE

    Now comes Paul E. Sullivan, for defendant Town of Bridgewater, and the undersigned counsel and hereby affirm that they have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Paul E. Sullivan
Municipal Administrator
For the Town of Bridgewater

COUNSEL TO DEFENDANT
TOWN OF BRIDGEWATER,

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 Saint James Avenue
Boston, MA 02116
(617) 556-0007

256112/METG/0620