UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959RCL

| | |
|---|---|
| DONALD M. SCHWARZ,<br><br>             Plaintiff<br>v.<br><br>SERGEANT ROBERT LINCOLN,<br>Individually; TOWN OF<br>BRIDGEWATER, PLYMOUTH<br>COUNTY, MASSACHUSETTS,<br><br>             Defendants | DEFENDANT TOWN OF BRIDGEWATER'S<br>PROPOSED SCHEDULING STATEMENT |

Now comes the defendant, Town of Bridgewater ("Town"), and hereby submits the following Scheduling Statement pursuant to Local Rule 16.1(D).[1]

I. PROPOSED SCHEDULING ORDER

The parties propose the following pre-trial schedule:

A. Automatic Disclosures and all written discovery to be served by September 21, 2005;

B. Depositions to be completed by October 31, 2005.

C. Dispositive motions to be filed by December 1, 2005.

II. CERTIFICATIONS

Defense counsel has filed an L.R. 16.1 certification separately.

III. ALTERNATIVE DISPUTE RESOLUTION

The Town does not consider this case appropriate for alternative dispute resolution.

---

[1] The pro se plaintiff indicated to defense counsel that he contests the Court's jurisdiction over this matter, and thus declines to join in the filing of the Proposed Scheduling Statement. Further, Sergeant Robert Lincoln has not been served with the Complaint, and thus is also not a party to this Statement.

IV.  TRIAL BY MAGISTRATE

The Town does not consent to trial by magistrate.

>                      DEFENDANT
>
>                      TOWN OF BRIDGEWATER,
>
>                      By its attorneys,
>
>                      /s/Jackie Cowin
>                      Joseph L. Tehan, Jr. (BBO# 494020)
>                      Jackie Cowin (BBO# 655880)
>                      Kopelman and Paige, P.C.
>                      31 St. James Avenue
>                      Boston, MA 02116
>                      (617) 556-0007

256115/METG/0620