DISTRICT COURT OF THE UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

C. A. No.  05 10959 RCL

Donald M. Schwarz,
                Plaintiff

Vs.

SERGEANT Robert Lincoln, individually;
TOWN OF BRIDGEWATER, PLYMOUTH COUNTY,
COMMONWEALTH OF MASSACHUSETTS.
                Defendants.

## MOTION FOR SPECIAL APPEARANCE TO DETERMINE JURISDICTION

Pursuant to the Judiciary Act of 1789 and to Fed.R.Civ. P 3.29 Plaintiff Schwarz in the above named action, does hereby request a Special Hearing to resolve the Subject-Matter Jurisdiction of the above named action and to have Defendants prove that this District Court of the United States of America has any jurisdiction over the Subject – Matter of the action before the Court.

### ARGUMENT

1. Plaintiff Schwarz made no claim to any right as secured by any federal law.

   SEE: Original Plaintiff's complaint and Defendant's "Cause of Action" description on the Federal "Civil Cover Sheet" – attached.

2. Plaintiff Schwarz in his original complaint, stated actions committed by Defendant Sergeant R. Lincoln on the date in question, violated numerous laws of the Commonwealth of Massachusetts for which Plaintiff sought redress of injuries cause by Defendant Lincoln.

3. Plaintiff Schwarz reasserts that state law predominates in this action and that the District Court of the United States of America, has no jurisdiction over the Subject-Matter within this action.

*For the Record*                                                            1 of 3

4. Defendant Lincoln had three (3) appearances before the court in Brockton, Massachusetts, in which to prove his actions were secured by any federal authority, and did not choose to do so.

5. Defendant Lincoln had three (3) appearances before the court in Brockton, Massachusetts, in which to prove his actions were authorized by the General Laws of the Commonwealth, but did not provide any documented evidence to prove the lawfulness of his actions on the date in question of this action.

6. Defendant Lincoln had three (3) appearances before the court in Brockton, Massachusetts, to prove his lawful authority to violate Plaintiff's right to collect signatures upon a candidates nomination papers and suppress same as Plaintiff stood on a public sidewalk, by showing Defendant Lincoln was authorized by federal law, Title 40 USC s. 318(b), to enforce federal law upon exclusive federal property under the exclusive control of the United States Postal Service, but chose not to do so.

## CONCLUSION

As Plaintiff never sought the protection of any federal statute in his original complaint and Defendant never sought protection of any federal statute during his appearances before the state court - that there are no observable pendant claims supportable by substantive arguments in this action - Plaintiff now requires a Special Appearance before the Court, to have Defendants prove the jurisdiction of the Subject-Matter to require the further action of this Court, or for the Court to immediately remand this action back to the Superior Court of Plymouth County, sua sponte.

Submitted pursuant to all lawful court rules and regulations.

Submitted in good faith and to the best of the knowledge of the Plaintiff.

Reserving all Rights

_____     Date  19 aug 2005
Donald M. Schwarz, Plaintiff, In Propria Persona
92 Benson Road
Stoughton, Massachusetts 02072
781-344-5405

Attached - Federal Civil Cover Sheet, one page

Affirmation of Posting ----

Plaintiff, Donald M. Schwarz does affirm the posting of this document to:

District Court of the USA, One Courthouse Way, Boston, Massachusetts 02210

Kopelman & Paige, PC, 31 St. James Ave., Boston, Massachusetts 02116

On the ___19___ th day of August 2002

_____ Donald M. Schwarz, Plaintiff

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Donald M. Schwarz

## DEFENDANTS
Sergeant Robert Lincoln, Individually, Town of Bridgewater, Plymouth County, Massachusetts

(b) County of Residence of First Listed Plaintiff **Norfolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Plymouth**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Donald M. Schwarz, pro se
92 Benson Road
Stoughton, MA 02072

Attorneys (If Known)
Joseph L. Tehan, Jr. (BBO #494020)
Kopelman and Paige, P.C., 31 St. James Avenue
Boston, MA 02116

**05 10959 RCL**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S. Constitution
Brief description of cause:
Plaintiff claims request by Town's police sergeant that plaintiff change*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 400,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE 5/10/05
SIGNATURE OF ATTORNEY OF RECORD
Joseph L. Tehan, Jr. (BSC)

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

*his location for collecting signatures violated his Civil Rights, as well as other state and federal laws.

