## CERTIFICATE OF CONFERRAL PURSUANT TO L.R. 7.1(A)(2) AND 37.1(A)

Pursuant to Local Rules 7.1(A)(2) and 37.1(A) of the United States District Court for the District of Massachusetts, counsel for defendant Town of Bridgewater hereby certifies that on August1 29, 2005, she conferred with the pro se plaintiff regarding the Town's Motion to Compel by sending the attached letter. As of the below date, no response to the letter was received.

Dated: 9/1/05

Jackie Cowin

260076/METG/0620

| LEONARD KOPELMAN | KOPELMAN AND PAIGE, P. C. | KATHLEEN M. O'DONNELL |
|---|---|---|
| DONALD G. PAIGE | | PATRICIA A. CANTOR |
| ELIZABETH A. LANE | ATTORNEYS AT LAW | THOMAS P. LANE, JR. |
| JOYCE FRANK | | MARY L. GIORGIO |
| JOHN W. GIORGIO | 31 ST. JAMES AVENUE | MICHELE E. RANDAZZO |
| BARBARA J. SAINT ANDRE | | THOMAS W. McENANEY |
| JOEL B. BARD | BOSTON, MASSACHUSETTS 02116-4102 | KATHARINE GOREE DOYLE |
| JOSEPH L. TEHAN, JR. | | LAUREN F. GOLDBERG |
| THERESA M. DOWDY | (617) 556-0007 | JEFFREY A. HONIG |
| DEBORAH A. ELIASON | FAX (617) 654-1735 | GREGG J. CORBO |
| RICHARD BOWEN | | RICHARD T. HOLLAND |
| DAVID J. DONESKI | | ELIZABETH R. CORBO |
| JUDITH C. CUTLER | LENOX OFFICE | MARIA C. ROTA |
| KATHLEEN E. CONNOLLY | (413) 637-4300 | VICKI S. MARSH |
| DAVID C. JENKINS | | JOHN J. GOLDROSEN |
| MARK R. REICH | NORTHAMPTON OFFICE | SHIRIN EVERETT |
| BRIAN W. RILEY | (413) 585-8632 | BRIAN E. GLENNON, II |
| DARREN R. KLEIN | | JONATHAN D. EICHMAN |
| JONATHAN M. SILVERSTEIN | WORCESTER OFFICE | JOSEPH S. FAIR |
| ANNE-MARIE M. HYLAND | (508) 752-0203 | LAURA H. PAWLE |
| JASON R. TALERMAN | | CAROLYN M. MURRAY |
| GEORGE X. PUCCI | | JACKIE COWIN |
| | | SARAH N. TURNER |
| JANET HETHERWICK PUMPHREY | | JEFFREY T. BLAKE |
| DIRECTOR WESTERN OFFICE | | BRIAN M. MASER |
| WILLIAM HEWIG III | | CAROLYN KELLY MacWILLIAM |
| JEANNE S. McKNIGHT | | ANNE C. ROSENBERG |
| | | PETER L. MELLO |

August 26, 2005

Mr. Donald M. Schwarz
92 Benson Road
Stoughton, MA 02072

Re:   Donald M. Schwarz v. Town of Bridgewater, et al.
      United States District Court C.A. No. 05-10959RCL

Dear Mr. Schwarz:

Please consider this a letter of conferral pursuant to Local Rules 7.1(A)(2) and 37.1. I am in receipt of your August 16, 2005 letter indicating that you will not respond to discovery requests in the above matter. Please be advised that, your objection to jurisdiction notwithstanding, I intend to file a Motion to Compel your discovery responses. If you wish to discuss this matter further, please contact me at the above number by September 1, 2005, as I intend to file the motion then.

Very truly yours,

Jackie Cowin
Jackie Cowin

JC
259732/METG/0620