UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

DONALD M. SCHWARZ,

        Plaintiff

v.

SERGEANT ROBERT LINCOLN, Individually; TOWN OF BRIDGEWATER, PLYMOUTH COUNTY, MASSACHUSETTS,

        Defendants

DEFENDANT TOWN OF BRIDGEWATER'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS AND REMAND

Now comes the defendant, Town of Bridgewater ("Town"),[1] and hereby opposes the pro se plaintiff's "Motion to Dismiss for lack of Subject Matter Jurisdiction and to Remand Same Back to State Court." See Docket for Case No. 05-10959-RCL, Entry No. 14. As grounds therefor, the Town states that the Complaint asserts claims under the federal Constitution and laws, see Complaint, Introduction and ¶29, and, therefore, this action was properly removed to this court under 28 U.S.C. §§1331 and 1441.

As further grounds therefor, the Town states that this Court has previously rejected both written and oral motions by plaintiff to remand this action, and plaintiff's repeated pursuit of this request is frivolous and vexatious. See Docket, Entries dated July 12, 2005, and September 7, 2005.

---

[1] Sergeant Robert Lincoln has not been served with the Complaint and therefore does not take part in the filing of this Opposition.

WHEREFORE, the defendant Town of Bridgewater respectfully requests that this Honorable Court deny plaintiff's Motion to Dismiss and Remand.

DEFENDANT,

TOWN OF BRIDGEWATER,

By its attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO #494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

263005/METG/0620