UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

DONALD M. SCHWARZ,

        Plaintiff

v.

SERGEANT ROBERT LINCOLN,
Individually; TOWN OF BRIDGEWATER,
PLYMOUTH COUNTY,
MASSACHUSETTS,

        Defendants

DEFENDANT TOWN OF
BRIDGEWATER'S OPPOSITION
TO PLAINTIFF'S MOTION TO
ENJOIN DISCOVERY

        Now comes the defendant, Town of Bridgewater ("Town"),[1] and hereby opposes the pro se plaintiff's "Motion to Enjoin Discovery for Defendants."  See Docket for Case No. 05-10959-RCL, Entry No. 15.  As grounds therefor, the Town states that plaintiff does not, and cannot, provide any factual or legal basis for his request, and, accordingly, his request is frivolous and vexatious.

        The Town further states that on May 16, 2005, it served upon plaintiff Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1), along with a First Set of Interrogatories and First Request for Production of Documents.  To date, plaintiff has refused to respond to said discovery requests, which are the subject of a Motion to Compel currently pending with the Court.  See Docket, Entry No. 13.

---

[1] Sergeant Robert Lincoln has not been served with the Complaint and therefore does not take part in the filing of this Opposition.

WHEREFORE, the defendant Town of Bridgewater respectfully requests that this Honorable Court <u>deny</u> plaintiff's Motion to Enjoin Discovery and <u>allow</u> the Town's Motion to Compel Discovery.

DEFENDANT,

TOWN OF BRIDGEWATER,

By its attorneys,

<u>/s/Jackie Cowin</u>
Joseph L. Tehan, Jr. (BBO #494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

263014METG/0620