UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

| | |
|---|---|
| DONALD M. SCHWARZ,<br><br>              Plaintiff<br>v.<br><br>SERGEANT ROBERT LINCOLN,<br>Individually; TOWN OF BRIDGEWATER,<br>PLYMOUTH COUNTY,<br>MASSACHUSETTS,<br><br>              Defendants | DEFENDANT TOWN OF<br>BRIDGEWATER'S OPPOSITION<br>TO PLAINTIFF'S MOTION TO<br>DISMISS AND REMAND |

Now comes the defendant, Town of Bridgewater ("Town"),[1] and hereby opposes the pro se plaintiff's "Motion to Dismiss and Remand" – the fourth such motion brought by plaintiff in this case. As grounds therefor, the Town states as follows:

1. The Complaint asserts claims under the federal Constitution and laws, see Complaint, Introduction and ¶29, and, therefore, this action was properly removed to this court under 28 U.S.C. §§1331 and 1441.

2. The Court has already rejected three motions by plaintiff to remand this action (two written and one verbal), see Docket for Case No. 05-CV-10959, Entries dated July 12, 2005, September 7, 2005, and October 17, 2005, and plaintiff presents no new facts or arguments which would warrant the Court's reconsideration of its previous decisions. As such, plaintiff's repeated pursuit of remand is frivolous and vexatious.

---

[1] Sergeant Robert Lincoln has not been served with the Complaint and therefore does not take part in the filing of this Opposition.

WHEREFORE, the defendant Town of Bridgewater respectfully requests that this Court deny plaintiff's Motion to Dismiss and Remand and, further, issue an order that the plaintiff refrain from filing any such motions in the future.

DEFENDANT,

TOWN OF BRIDGEWATER,

By its attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO #494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

265867/METG/0620