UNITED STATES OF AMERICA DISTRICT COURT for the
DISTRICT of MASSACHUSETTS

File No. C.A. 05- 10959 – RCL

Donald M. Schwarz, Plaintiff

v.   )   Motion to Stay Order
     )   Pending Appeal

Sergeant Robert Lincoln, individually,
Town of Bridgewater, Defendants

Pursuant to Fed. R. App. P. Rule 8(a)(A) "Motion to Stay", Plaintiff Donald M. Schwarz in the above named action, does now hereby request of the District Court, to stay the ORDER given in the above named case of 17 October, 2005 AD, to allow Plaintiff file the proper documents so that relief may be given to Plaintiff in the above named action.

Reserving all Rights

_____   Date November 15, 2005
Donald M. Schwarz, Plaintiff
92 Benson Road
Stoughton, Massachusetts 02072
781-344-5405

Affirmation of First Class posting of true copies to:
USofADC of Massachusetts, Civil Clerk, One Courthouse way St 2300, Boston, Mass. 02210; and Kopelman and Paige PC, 312 St. James Avenue, Boston, Mass. 02116-4102..........

on the 15 th day of November, 2005 AD by

_____ Donald M. Schwarz, Plaintiff.

## JURISDICTION

Pursuant to Fed. R. A. P. Rule 3, Plaintiff Donald M. Schwarz does hereby request an appeal to the First Circuit Court based upon: appeal request sought within 30 days of order handed down by the District Court; that the District Court did issue an order based upon belief the District Court had subject matter jurisdiction; that Plaintiff now asserts that the District Court did not have subject matter jurisdiction.

## ARGUMENT

Based upon **SHEPARD v. EGAN, 767 F. SUPP. 1158** "cause of action may be removed to federal court only where the federal court would have had original jurisdiction.." and **HUNNEMAN REAL ESTATE CORP. v. MIDDLESEX ASS'N OF REALATORS INC. 860 F. SUPP. 906** "burden of showing that removal is proper is on the defendant seeking the removal.", no evidence has been produced by sworn documentation submitted by Defendants, that the District Court has jurisdiction over subject-matter in the original complaint submitted by Plaintiff.

## CLAIM FOR RELIEF

That this honorable Court do overturn the order of the District Court and remand this action back to the state court where lawful jurisdiction exists.