OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

FILED
IN CLERKS OFFICE

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

2005 NOV 18 P 3: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

November 18, 2005

Sarah A. Thornton, Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Case No. 05-cv-10959   Donald M. Schwarz v. Sgt. Lincoln, et al.

Dear Ms. Thornton:

Enclosed please find a misdirected notice of appeal and Form 4,
IFP application, that was filed in the United States Court of Appeals
for the First Circuit on November 17, 2005.

In accordance with Fed.R.App.P. 4, the notice of appeal and Form 4
are transmitted herewith. Please use the date of **November 17, 2005,** as
the date of docketing the requests in your court. If these pleadings
have also been received in your court, please do not duplicate.

Sincerely,

By: Donna Buchar

Appellate Liaison

DB/file

cc:   Donald M. Schwarz
      92 Benson Street
      Stoughton, MA  02072

Clerk, United States of America Court of Appeals First Circuit
One Courthouse Way, Ste 2500
Boston, Massachusetts 02210



RE:

Schwarz vs Sergeant Lincoln, individually et al, Town of Bridgewater
File No. 05- 10959 RCL

Notice of Appeal

Clerk of the First Circuit,

        Find enclosed a Notice of Appeal in regards to the above named case. A Motion to Stay the
ORDER has been sent to the District Court and to the Counsel for the Defendants per Fed. R. A. P.
Rule 8.

A copy of the Notice of Appeal has been included for forwarding to Counsel for the Defendants.

Please forward to me the "Docketing Statement" form which is requisite under FRAP L. R 3.

Thank you for your attention to this matter.

Reserving all Rights.

Donald M. Schwarz, Plaintiff                                    Date Nov 15, 2005
92 Benson Road
Stoughton, Massachusetts  02072
781-344-5405

Affirmation of First Class posting of true copies to:
 USofACCA- FIRST of Massachusetts, Civil Clerk, One Courthouse way St 2500, Boston, Mass.
02210; and

on the  15  th day of November, 2005 AD by

_____ Donald M. Schwarz, Plaintiff.

UNITED STATES OF AMERICA DISTRICT COURT for the
DISTRICT of MASSACHUSETTS

*Court*
*Copy*

Donald M. Schwarz, Plaintiff

)

v.                                          )               File No. C.A. 05- 10959 – RCL

)

Sergeant Robert Lincoln, individually,
Town of Bridgewater, Defendants

Notice of Appeal to the United States of America Court of Appeals for the First Circuit

        Donald M. Schwarz, Plaintiff in the above named case does hereby appeal to the United
States of America Court of Appeal for the First Circuit from the ORDER of Justice Reginald C.
Lindsay of the District Court for the district of Massachusetts, entered in this action on the 17th day
of October, 2005 AD. : denying [11] MOTION for Special Appearance to determine Jurisdiction
by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater,
Plymouth County, Commonwealth of Massachusetts; denying [14] MOTION to DISMISS for lack
of Jurisdiction; and denying [15] MOTION to ENJOIN discovery for Defendants by Donald M.
Schwarz.

        The parties to the ORDER appealed from and the names and addresses of their respective
attorneys are as follows:

Sergeant Robert Lincoln, individually; Town of Bridgewater, Plymouth County, Massachusetts –
Defendants' Counsel -----Kopelman and Paige, PC, 31 St. James Avenue, Boston, Massachusetts
02116-4102

Reserving all Rights,

Donald M. Schwarz, Plaintiff                    Date *November 15, 2005 AD*
92 Benson Road
Stoughton, Massachusetts 02072
781-344-5405

*For the Record*

*1 of 8*

**Form 4.**
**Affidavit to Accompany Motion for** 2005 NOV 17 P 1:32
**Leave to Appeal in Forma Pauperis**

United States District Court for the District of _MASSACHUSETTS_

U.S. CLERKS OFFICE

_SCHWARZ_ A.D., Plaintiff

_SGT. Robert_ v.

_LINCOLN,_ C.D., Defendant

Case No. _CA 05 - 10959 RCL_

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) _MGL c. 268 s. 1A    all rights reserved_ <br><br>Signed: _Donald M. Schwarz_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet identified with your name, your case's docket number, and the question number. <br><br>Date: _NOVEMBER 15, 2005 AD_ |

My issues on appeal are:

_LACK OF SubJect - MATTER JuRisdiction; burden of PROOF
NOT MET by DefendANT - HUNNEMAN v. MIDDLESEX, 860 F.Sup
DoubTs NOT Resolved in FAVOR OF STATE COURT JuRisd.    906, (D MAS
1994)_

1. For both you and you spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

**Income source**

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $0 | $ | $0 | $ |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property (such as rental income) | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |
| Child support | $0 | $ | $0 | $ |

For the Record

2 of 8

| | | | |
|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance | $80.00 | $ | $80.00 | $ |
| Disability (such as social security, insurance payments) | $0.— | $ | $0.— | $ |
| Unemployment payments | $0.— | $ | $0.— | $ |
| Public-assistance (such as welfare) | $0.— | $ | $0.— | $ |
| Other (specify): *Interest BANK* | $0.02 | $ | $0.07 | $ |
| **Total Monthly income:** | $80.02 | $ | $80.07 | $ |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| RAYTHEON ENG & CONSTRUCT | PHIL. Penn | 1991 — 95 | 3,500.00 |
| SE MASS | Rochester, MASS | 1987 — 89 | 2,300.00 |
| TELEDYNE | DedHam, MASS | 1975 — 87 | 2,300.00 |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

4. *How much cash do you and your spouse have?* $ 700.00   APPX

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Webster Bank | Check | $728.00 | $ |
| ConSeco | Annuity | $3900.00 | $ |
| Raytheon Save & Invest | 401K | $15,900.00 | $ |
| American Century | Invest. | $7498.00 | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

86
For the Record

3 of 8

*CA 05-10959 RCL*

*5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) $250.00 |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: Chev 1985 | |
| | | | | Model: C-10 | |
| | | | | Registration #: 684 WAV | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: | | Computer | $100.00 | | |
| Model: N/A | | N/A | | N/A | |
| Registration #: | | | | | |

*6. State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

*7. State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| N/A | | |

*8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) Are any real estate taxes included? □ Yes □ No  Is property insurance included?  □ Yes □ No | $0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $0 | $ |
| Home maintenance (repairs and upkeep) | $0 | $ |
| Food | $0 | $ |
| Clothing | $0 | $ |

87

For the Record

4 of 8

| | | |
|---|---|---|
| Laundry and dry-cleaning | $ 0 — | $ |
| Medical and dental expenses | $ 0 — | $ |
| Transportation (not including motor vehicle payments) | $ 0 — | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 00 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 — | $ |
|     Homeowner's or renter's | $ 0 — | $ |
|     Life | $ 0 — | $ |
|     Health | $ 0 — | $ |
|     Motor Vehicle | $ 44 00 | $ |
|     Other: _N A_ | $ 0 — | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _NA_ | $ 0 — | $ |
| Installment payments | $ 0 — | $ |
|     Motor Vehicle | $ 0 — | $ |
|     Credit card (name): _NA_ | $ 0 — | $ |
|     Department store (name): _NA_ | $ 0 — | $ |
|     Other: _NA_ | $ 0 — | $ |
| Alimony, maintenance, and support paid to others | $ 0 — | $ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 — | $ |
| STATIONARY, POSTAGE, Other (specify): _Court Fees_ | $ 30 00 | $ |
| **Total monthly expenses:** | $ 84 00 | $ |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*

☒ Yes  ☐ No              If yes, describe on an attached sheet.

See attached: one page

88

For the Record                    5 of 8

Donald. M. Schwarz

CA 05-10959 RCL

Question # 9

I have brought suit against Sergeant Robert Lincoln and the Town of Bridgewater, Massachusetts for violation of my civil rights in the Plymouth County Superior Court Dock # 05 CV  0459, said civil rights violated on April 20, 2002 when Donald M. Schwarz was standing on a public sidewalk in the vicinity of 169 Broad Street – State Highway Route 18 – obtaining signatures of registered voters upon a candidates nomination papers under MGL c. 56, s.11, said Sergeant Lincoln ordering Donald M. Schwarz to stop exercising his civil rights under threat of arrest, whereupon Donald M. Schwarz brought suit against Sergeant Robert Lincoln and the Town of Bridgewater seeking  four hundred thousand ($400, 000) in damages and if this case is remanded back to the proper jurisdiction of state court, the prosecution of this suit shall continue, as there are no federal questions in the complaint as submitted to the state court.

For the Record

6 of 8

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

ViolAtes FiRsT AmendmenT RiGHT To Petition FoR Redress of GrievANces; ViolAtes ART. XI Decl. oF RiGHTs, MAss. Consl. " To obtAiN RiGHT ANd JwTice FReeLy.." "GReATeR RiGHTs" ViolAtes: Mills vs RoGeRS, 457 us 291

13. State the address of your legal ~~residence.~~ domicile

98 BenXon RoAd.

STouGHVon, MAss 02072

Your daytime phone number: (781) 344-5705

Your age: 54    Your years of schooling: BSEE

Your social security number: withheld peR

5 USC 552(a)

Sec. 7(b) VoLuNToRY oR MANdATORY

FoR the Record

7 of 8



United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lindsay, Reginald entered on 10/17/2005 at 8:20 PM EDT and filed on 10/17/2005
Case Name:  Schwarz v. Sergeant Robert Lincoln et al
Case Number: 1:05-cv-10959
Filer:
Document Number:

Docket Text:
Judge Reginald C. Lindsay : ORDER entered denying [11] MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater, Plymouth County, Massachusetts; denying [14] Motion to Dismiss for Lack of Jurisdiction; and denying [15] Motion to Enjoin Discovery for Defendants by Donald M. Schwarz. (Lindsay, Reginald)

The following document(s) are associated with this transaction:


1:05-cv-10959 Notice will be electronically mailed to:

Joseph L. Tehan , Jr    jtehan@k-plaw.com

1:05-cv-10959 Notice will not be electronically mailed to:

Donald M. Schwarz
92 Benson Road
Stoughton, MA 02072

UNITED STATES OF AMERICA DISTRICT COURT for the
DISTRICT of MASSACHUSETTS

*Defendant's Copy*

Donald M. Schwarz, Plaintiff

)

v.                                                )         File No.  C.A. 05- 10959 – RCL

)

Sergeant Robert Lincoln, individually,
Town of Bridgewater, Defendants

Notice of Appeal to the United States of America Court of Appeals for the First Circuit

Donald M. Schwarz, Plaintiff in the above named case does hereby appeal to the United States of America Court of Appeal for the First Circuit from the ORDER of Justice Reginald C. Lindsay of the District Court for the district of Massachusetts, entered in this action on the 17th day of October, 2005 AD. : denying [11] MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater, Plymouth County, Commonwealth of Massachusetts; denying [14] MOTION to DISMISS for lack of Jurisdiction; and denying [15] MOTION to ENJOIN discovery for Defendants by Donald M. Schwarz.

The parties to the ORDER appealed from and the names and addresses of their respective attorneys are as follows:

Sergeant Robert Lincoln, individually; Town of Bridgewater, Plymouth County, Massachusetts – Defendants' Counsel -----Kopelman and Paige, PC, 31 St. James Avenue, Boston, Massachusetts 02116-4102

Reserving all Rights

*Donald M. Schwarz*              Date *November 15, 2005 AD*
Donald M. Schwarz, Plaintiff
92 Benson Road
Stoughton, Massachusetts 02072
781-344-5405

*For the Record*

Clerk, United States of America Court of Appeals First Circuit
One Courthouse Way, Ste 2500
Boston, Massachusetts 02210

RE:

Schwarz vs Sergeant Lincoln, individually et al, Town of Bridgewater
File No. 05- 10959 RCL

Notice of Appeal


Clerk of the First Circuit,


     Find enclosed a Notice of Appeal in regards to the above named case. A Motion to Stay the
ORDER has been sent to the District Court and to the Counsel for the Defendants per Fed. R. A. P.
Rule 8.


A copy of the Notice of Appeal has been included for forwarding to Counsel for the Defendants.


Please forward to me the "Docketing Statement" form which is requisite under FRAP L. R 3.


Thank you for your attention to this matter.


Reserving all Rights.

_____          Date _Nov, 15, 2005_
Donald M. Schwarz, Plaintiff
92 Benson Road
Stoughton, Massachusetts  02072
781-344-5405

Affirmation of First Class posting of true copies to:
 USofACCA- FIRST  of Massachusetts, Civil Clerk, One Courthouse way St 2500, Boston, Mass.
02210; and

on the _15_ th day, of November, 2005 AD by

_____  Donald M. Schwarz, Plaintiff.

UNITED STATES OF AMERICA DISTRICT COURT for the
DISTRICT of MASSACHUSETTS

*Court Copy*

Donald M. Schwarz, Plaintiff

)

v.                                                          )                    File No.  C.A. 05- 10959 – RCL

)

Sergeant Robert Lincoln, individually,
Town of Bridgewater, Defendants


Notice of Appeal to the United States of America Court of Appeals for the First Circuit


Donald M. Schwarz, Plaintiff in the above named case does hereby appeal to the United
States of America Court of Appeal for the First Circuit from the ORDER of Justice Reginald C.
Lindsay of the District Court for the district of Massachusetts, entered in this action on the 17th day
of October, 2005 AD. : denying [11]  MOTION for Special Appearance to determine Jurisdiction
by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater,
Plymouth County, Commonwealth of Massachusetts; denying [14] MOTION to DISMISS for lack
of Jurisdiction; and denying [15] MOTION to ENJOIN discovery for Defendants by Donald M.
Schwarz.

The parties to the ORDER appealed from and the names and addresses of their respective
attorneys are as follows:

Sergeant Robert Lincoln, individually; Town of Bridgewater, Plymouth County, Massachusetts –
Defendants' Counsel -----Kopelman and Paige, PC, 31 St. James Avenue, Boston, Massachusetts
02116-4102


Reserving all Rights

Donald M. Schwarz                          Date *November 15, 2005 AD*

Donald M. Schwarz, Plaintiff
92 Benson Road
Stoughton, Massachusetts 02072
781-344-5405

*For the Record*

*1 of 8*

**Form 4.**

**Affidavit to Accompany Motion for** 2005 NOV 17 P 1:32

**Leave to Appeal in Forma Pauperis**

United States District Court for the District of _MASSACHUSETTS_

U.S. DISTRICT COURT
DISTRICT OF MASS.

_SCHWARZ_ A.B., Plaintiff

_SGT. Robert_ v.

_LINCOLN,_ C.D., Defendant

Case No. _CA 05 – 10959 RCL_

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) _MGL c. 268 S. 1A    all rights reserved_ Signed: _Donald M. Schwarz_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case docket number, and the question number. Date: _NOVEMBER 15, 2005 AD_ |

My issues on appeal are:

_LACK OF SubJecT - MATTeR JuRisdicTion; burden oF PRooF NoT MeT by DeFendanT - HUNNEMAN v. MiDDLESEX, 860 F.Sup DoubTS NoT Resolved iN FAVOR OF STATe CouRT JuRisd.  906, (DMAss 1994)_

1. For both you and you spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $ | $0 | $ |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property (such as rental income) | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |
| Child support | $0 | $ | $0 | $ |

85

_For the Record_

_2 of 8_

| | | | |
|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance | $80.00 | $ | $80.00 | $ |
| Disability (such as social security, insurance payments) | $0— | $ | $0— | $ |
| Unemployment payments | $0— | $ | $0— | $ |
| Public-assistance (such as welfare) | $0— | $ | $0— | $ |
| Other (specify): _BANK INTEREST_ | $0.02 | $ | $0.07 | $ |
| Total Monthly Income: | $80.02 | $ | $80.07 | $ |

2.  List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| RAYTHEON CONSTRUCT | PHIL, PENN | 1991 – 95 | 3,500.00 |
| SE MASS | ROCHESTER, MASS | 1982 – 89 | 2,300.00 |
| TELEDYNE | DEDHAM, MASS | 1975 – 87 | 2,300.00 |

3.  List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4.  How much cash do you and your spouse have? $ 700.00  APPX

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| WEBSTER BANK | CHECK | $728.00 | $ |
| CONSECO | ANNUITY | $3900.00 | $ N/A |
| RAYTHEON SAVE & INVEST | 401K | $15,900.00 | $ |
| AMERICAN CENTURY | INVEST. | $7498.00 | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

86

For the Record

3 of 8

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) *$1250.00* |
|---|---|---|---|---|---|
| *N/A* | | *N/A* | | Make & year: *Chev 1985* | |
| | | | | Model: *C-10* | |
| | | | | Registration #: *684 WWT* | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: | | *Computer* *$100.00* | | | |
| Model: *N/A* | | *N/A* | | *N/A* | |
| Registration #: *N/A* | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| *N/A* | *N/A* | *N/A* |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| *N/A* | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) <br> Are any real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ *0* | $ |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ *0* | $ *N/A* |
| Home maintenance (repairs and upkeep) | $ *0* | $ |
| Food | $ *0* | $ |
| Clothing | $ *0* | $ |

87

*For the Record*

*4 of 8*

*CA 05-10959 RCL*

| | | |
|---|---|---|
| Laundry and dry-cleaning | $ 0 — | $ |
| Medical and dental expenses | $ 0 — | $ |
| Transportation (not including motor vehicle payments) | $ 0 — | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 00 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 — | $ |
|     Homeowner's or renter's | $ 0 — | $ |
|     Life | $ 0 — | $ |
|     Health | $ 0 — | $ |
|     Motor Vehicle | $ 44 00 | $ |
|     Other: _N A_ | $ 0 — | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _NA_ | $ 0 — | $ |
| Installment payments | $ 0 — | $ |
|     Motor Vehicle | $ 0 — | $ |
|     Credit card (name): _NA_ | $ 0 — | $ |
|     Department store (name): _NA_ | $ 0 — | $ |
|     Other: _NA_ | $ 0 — | $ |
| Alimony, maintenance, and support paid to others | $ 0 — | $ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 — | $ |
| Other (specify): _STATIONARY, POSTAGE, COURT FEES_ | $ 30 00 | $ |
| **Total monthly expenses:** | $ 84 00 | $ |

*(N A written vertically across the right-hand column)*

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☒ Yes ☐ No          If yes, describe on an attached sheet.

See attached : one page

88

For the Record                    5 of 8

Donald. M. Schwarz

CA 05-10959 RCL

Question # 9


I have brought suit against Sergeant Robert Lincoln and the Town of Bridgewater, Massachusetts for violation of my civil rights in the Plymouth County Superior Court Dock # 05 CV 0459, said civil rights violated on April 20, 2002 when Donald M. Schwarz was standing on a public sidewalk in the vicinity of 169 Broad Street – State Highway Route 18 – obtaining signatures of registered voters upon a candidates nomination papers under MGL c. 56, s.11, said Sergeant Lincoln ordering Donald M. Schwarz to stop exercising his civil rights under threat of arrest, whereupon Donald M. Schwarz brought suit against Sergeant Robert Lincoln and the Town of Bridgewater seeking four hundred thousand ($400, 000) in damages and if this case is remanded back to the proper jurisdiction of state court, the prosecution of this suit shall continue, as there are no federal questions in the complaint as submitted to the state court.

*For the Record*                    *6 of 8*

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

VioLates First AmendmenT RIGHt To PetiTioN
FoR RedRess of GrievAnces; VioLATes ART. XI
Decl. oF RiGHTs, MASS. ConsT. " To obTAiN RIGHt ANd
JusTice FReeLy."                        "GReaTeR
VioLATes: MiLLs vs RoGeRs, 457 us 291    RiGHTs"

13. State the address of your legal ~~residence~~ domicile

98 BeARSON ROAD.

STouGHTon, MASS    02072

Your daytime phone number: (781) 344-5705

Your age: 54    Your years of schooling: BSEE

Your social security number: withheld peR

5 usc 552(a)

Sec. 7(b) VoLuntARY oR
                 MAnDATORY

89

For the Record

17 of 8

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lindsay, Reginald entered on 10/17/2005 at 8:20 PM EDT and filed on 10/17/2005
Case Name: Schwarz v. Sergeant Robert Lincoln et al
Case Number: 1:05-cv-10959
Filer:
Document Number:

Docket Text:
Judge Reginald C. Lindsay : ORDER entered denying [11] MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater, Plymouth County, Massachusetts; denying [14] Motion to Dismiss for Lack of Jurisdiction; and denying [15] Motion to Enjoin Discovery for Defendants by Donald M. Schwarz. (Lindsay, Reginald)

The following document(s) are associated with this transaction:

1:05-cv-10959 Notice will be electronically mailed to:

Joseph L. Tehan , Jr    jtehan@k-plaw.com

1:05-cv-10959 Notice will not be electronically mailed to:

Donald M. Schwarz
92 Benson Road
Stoughton, MA 02072

For the Record                    8 of 8

## UNITED STATES OF AMERICA DISTRICT COURT for the
## DISTRICT of MASSACHUSETTS

*Defendant's Copy*

Donald M. Schwarz, Plaintiff

)

v.                                          )          File No.  C.A. 05- 10959 – RCL

)

Sergeant Robert Lincoln, individually,
Town of Bridgewater, Defendants


Notice of Appeal to the United States of America Court of Appeals for the First Circuit


     Donald M. Schwarz, Plaintiff in the above named case does hereby appeal to the United States of America Court of Appeal for the First Circuit from the ORDER of Justice Reginald C. Lindsay of the District Court for the district of Massachusetts, entered in this action on the 17th day of October, 2005 AD. : denying [11] MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater, Plymouth County, Commonwealth of Massachusetts; denying [14] MOTION to DISMISS for lack of Jurisdiction; and denying [15] MOTION to ENJOIN discovery for Defendants by Donald M. Schwarz.

     The parties to the ORDER appealed from and the names and addresses of their respective attorneys are as follows:

Sergeant Robert Lincoln, individually; Town of Bridgewater, Plymouth County, Massachusetts – Defendants' Counsel -----Kopelman and Paige, PC, 31 St. James Avenue, Boston, Massachusetts 02116-4102


Reserving all Rights

*Donald M. Schwarz*          Date *November 15, 2005 AD*

Donald M. Schwarz, Plaintiff
92 Benson Road
Stoughton, Massachusetts 02072
781-344-5405


*For the Record*