UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

DONALD M. SCHWARZ,

      Plaintiff

v.

SERGEANT ROBERT LINCOLN,
Individually; TOWN OF BRIDGEWATER,
PLYMOUTH COUNTY,
MASSACHUSETTS,

      Defendants

DEFENDANT TOWN OF
BRIDGEWATER'S MOTION
FOR SUMMARY JUDGMENT

Now comes the defendant Town of Bridgewater ("Town") and hereby moves, pursuant to

Fed.R.Civ.P. 56(b), for summary judgment in its favor in the above-captioned matter.[1]

As grounds therefor, the Town states that there exists no genuine issue as to any material

fact, and that it is entitled to judgment in its favor as a matter of law. As further grounds therefor,

the Town relies on the attached Local Rule 56.1 Statement of Material Facts of Record as to

which There is No Genuine Issue to be Tried, and the attached supporting memorandum of law.

WHEREFORE, the defendant Town of Bridgewater respectfully requests that this Court

enter judgment in its favor and dismiss the Complaint in its entirety.

DEFENDANT,

TOWN OF BRIDGEWATER,

By its attorneys,

/s/Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

268970/METG/0620

[1]Robert Lincoln has not been served with the Complaint and thus is not a party to this Motion. Lincoln has filed a
Motion to Dismiss the Complaint for failure to serve, pursuant to Fed.R.Civ.P. 4(m).