# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10959

Donald M. Schwarz

v.

Sergeant Robert Lincoln, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 10, 2006.

Sarah A. Thornton, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/11/06

*Burchard*

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10959-RCL

Schwarz v. Sergeant Robert Lincoln et al
Assigned to: Judge Reginald C. Lindsay
Case in other court: Plymouth County Superior Court of the Commonwealth, 2005cv459
Cause: 28:1441 Petition for Removal- Civil Rights Act

Date Filed: 05/10/2005
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Donald M. Schwarz**          represented by  **Donald M. Schwarz**
                                                92 Benson Road
                                                Stoughton, MA 02072
                                                PRO SE

V.

**Defendant**

**Sergeant Robert Lincoln**
*Individually*

**Defendant**

**Town of Bridgewater, Plymouth**     represented by  **Jackie A. Cowin**
**County, Massachusetts**                              Kopelman & Paige, PC
                                                       31 St. James Avenue
                                                       7th Floor
                                                       Boston, MA 02116
                                                       617-556-0007
                                                       Fax: 617-654-1735
                                                       Email: jcowin@k-plaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joseph L. Tehan, Jr.**
                                                       Kopelman & Paige, PC
                                                       7th Floor

31 St. James Avenue
Boston, MA 02116
617-556-0007
Fax: 617-654-1735
Email: jtehan@k-plaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2005 | 1 | NOTICE OF REMOVAL filed by Town of Bridgewater, Plymouth County, Massachusetts from Plymouth County Superior Court for the Commonwealth of Massachusetts, case number 2005cv459. $ 250, receipt number 64148, filed by Town of Bridgewater, Plymouth County, Massachusetts. (Attachments: # 1 State Court Record (2) Civil Cover Sheet)(Stanhope, Don) (Entered: 05/11/2005) |
| 05/10/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Stanhope, Don) (Entered: 05/11/2005) |
| 05/10/2005 | 2 | ANSWER to Complaint with Jury Demand filed by Town of Bridgewater, Plymouth County, Massachusetts.(Stanhope, Don) (Entered: 05/11/2005) |
| 05/26/2005 | 3 | Letter from Donald M. Schwarz. (Bell, Marie) (Entered: 05/27/2005) |
| 05/26/2005 | 4 | Opposition to 1 Notice of Removal. c/s. (Bell, Marie) (Entered: 05/27/2005) |
| 06/08/2005 | 5 | Opposition by Town of Bridgewater to Plaintiff's 4 Opposition to Removal of Action.. (Bell, Marie) (Entered: 06/09/2005) |
| 06/17/2005 | 6 | STATE COURT Record. (Nici, Richard) (Entered: 06/22/2005) |
| 07/12/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered. re 3 Letter/request (non-motion). Treating this as a motion to remand DENIED.(Hourihan, Lisa) (Entered: 07/12/2005) |
| 07/12/2005 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 8/18/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 07/12/2005) |


| | | |
|---|---|---|
| 07/20/2005 | | NOTICE OF RESCHEDULING Scheduling Conference REset for 9/7/2005 09:00 AM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 07/20/2005) |
| 08/04/2005 | | Notice of correction to docket made by Court staff. Correction: Docket No. 8 deleted because this docket was filed in error by counsel (York, Steve) (Entered: 08/04/2005) |
| 08/04/2005 | 8 | CERTIFICATE OF CONSULTATION *with Local Rule 16.1 (D)(3) Certificate* by Jackie A. Cowin on behalf of Town of Bridgewater, Plymouth County, Massachusetts. (Cowin, Jackie) (Entered: 08/04/2005) |
| 08/04/2005 | 9 | STATEMENT OF COUNSEL of Jackie Cowin, Esq. *RE Proposed Scheduling Statement* by Town of Bridgewater, Plymouth County, Massachusetts. (Cowin, Jackie) (Entered: 08/04/2005) |
| 08/15/2005 | 10 | Response to defendant's request by Donald M. Schwarz to 9 Statement of counsel. (York, Steve) (Entered: 08/15/2005) |
| 08/22/2005 | 11 | MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz.(York, Steve) (Entered: 08/23/2005) |
| 09/01/2005 | 12 | CERTIFICATE OF CONSULTATION *Pursuant to Local Rule 7.1(A)(2) and 37.1(A)* by Jackie A. Cowin on behalf of Town of Bridgewater, Plymouth County, Massachusetts. (Cowin, Jackie) (Entered: 09/01/2005) |
| 09/01/2005 | 13 | MOTION to Compel *Discovery* by Town of Bridgewater, Plymouth County, Massachusetts. (Attachments: # 1 Exhibit Letters)(Cowin, Jackie) (Entered: 09/01/2005) |
| 09/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 9/7/2005. Court determines that the case was properly removed. Plaintiff objects to the case having been removed. Automatic dislcosure due by 10/1/05. Discovery due by 12/1/2005. Motions due by 1/9/2006. (Court Reporter None Present.) (Hourihan, Lisa) (Entered: 09/07/2005) |
| 09/16/2005 | 14 | MOTION to Dismiss for Lack of Jurisdiction by Donald M. Schwarz.(York, Steve) . (Entered: 09/19/2005) |
| 09/27/2005 | 15 | Motion to Enjoin Discovery for Defendants by Donald M. Schwarz.(York, Steve) (Entered: 09/27/2005) |
| 10/06/2005 | 16 | Opposition re 14 MOTION to Dismiss for Lack of Jurisdiction |

| | | |
|---|---|---|
| | | filed by Town of Bridgewater, Plymouth County, Massachusetts. (Cowin, Jackie) (Entered: 10/06/2005) |
| 10/06/2005 | 17 | Opposition re 15 MOTION *to enjoin Discovery* filed by Town of Bridgewater, Plymouth County, Massachusetts. (Cowin, Jackie) (Entered: 10/06/2005) |
| 10/17/2005 | | Judge Reginald C. Lindsay : ORDER entered denying 11 MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz; granting 13 MOTION to Compel Discovery by Town of Bridgewater, Plymouth County, Massachusetts; denying 14 Motion to Dismiss for Lack of Jurisdiction; and denying 15 Motion to Enjoin Discovery for Defendants by Donald M. Schwarz. (Lindsay, Reginald) (Entered: 10/17/2005) |
| 10/20/2005 | 18 | MOTION to Dismiss and Remand by Donald M. Schwarz. (York, Steve) (Entered: 10/20/2005) |
| 11/08/2005 | 19 | Opposition re 18 MOTION to Dismiss MOTION to Remand filed by Town of Bridgewater, Plymouth County, Massachusetts. (Cowin, Jackie) (Entered: 11/08/2005) |
| 11/15/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 18 Motion to Dismiss, denying 18 Motion to Remand (Hourihan, Lisa) (Entered: 11/15/2005) |
| 11/17/2005 | 20 | AFFIDAVIT of Facts by Donald M. Schwarz. (York, Steve) (Entered: 11/21/2005) |
| 11/17/2005 | 21 | MOTION to Stay Order Pending Appeal by Donald M. Schwarz.(York, Steve) (Entered: 11/21/2005) |
| 11/18/2005 | 23 | NOTICE OF APPEAL by Donald M. Schwarz. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/8/2005. (York, Steve) (Entered: 12/05/2005) |
| 11/30/2005 | 22 | Opposition re 21 MOTION to Stay filed by Town of Bridgewater, Plymouth County, Massachusetts. (York, Steve) (Entered: 12/05/2005) |
| 12/05/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 21 Motion to Stay (York, Steve) (Entered: 12/06/2005) |

| | | |
|---|---|---|
| 12/08/2005 | 24 | Plaintiffs' Response by Donald M. Schwarz to 22 Defendant Opposition to Plaintiffs' Motion to Stay Order Pending Appeal. (York, Steve) (Entered: 12/12/2005) |
| 12/20/2005 | 25 | CERTIFICATE OF CONSULTATION *With Local Rule 7.1 (A)(2)* by Jackie A. Cowin on behalf of Sergeant Robert Lincoln, Town of Bridgewater, Plymouth County, Massachusetts. (Cowin, Jackie) (Entered: 12/20/2005) |
| 12/20/2005 | 26 | MOTION to Dismiss *Pursuant to Fed. R.Civ.P4(M)* by Sergeant Robert Lincoln.(Tehan, Joseph) (Entered: 12/20/2005) |
| 12/20/2005 | 27 | MOTION for Summary Judgment by Town of Bridgewater, Plymouth County, Massachusetts.(Tehan, Joseph) (Entered: 12/20/2005) |
| 12/20/2005 | 28 | MOTION Preclude Plaintiff from Opposing Summary Judgment by Town of Bridgewater, Plymouth County, Massachusetts. (Attachments: # 1 Exhibit Letter)(Tehan, Joseph) (Entered: 12/20/2005) |
| 12/20/2005 | 29 | MEMORANDUM in Support re 27 MOTION for Summary Judgment filed by Town of Bridgewater, Plymouth County, Massachusetts. (Attachments: # 1 Exhibit)(Tehan, Joseph) (Entered: 12/20/2005) |
| 12/20/2005 | 30 | STATEMENT of facts *of record as to which there is no genuine issue to be tried*. (Attachments: # 1 Exhibit Affidavit)(Tehan, Joseph) (Entered: 12/20/2005) |
| 01/10/2006 | 31 | Motion Pursuant to Title 28 USC s. 144, Title 28 USC s. 455 by Donald M. Schwarz.(York, Steve) (Entered: 01/10/2006) |