UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

| | |
|---|---|
| DONALD M. SCHWARZ,<br><br>    Plaintiff<br>v.<br><br>SERGEANT ROBERT LINCOLN,<br>Individually; TOWN OF BRIDGEWATER,<br>PLYMOUTH COUNTY,<br>MASSACHUSETTS,<br><br>    Defendants | DEFENDANT TOWN OF BRIDGEWATER'S OPPOSITION TO PLAINTIFF'S MOTION PURSUANT TO 28 U.S.C. §144 AND 28 U.S.C. §455 |

    Now comes the defendant, Town of Bridgewater ("Town") and, to the extent necessary, hereby opposes the pro se plaintiff's "Motion Pursuant to 28 U.S.C §144 AND 28 U.S.C. §455," which seeks that the Court recuse itself from this matter.  See Docket, Entry No. 31.  As grounds therefor, the Town states that plaintiff's assertions that the Court "is prejudiced in this action," and "tried to coerce plaintiff" are groundless, inflammatory, and insulting.

    WHEREFORE, the Town opposes plaintiff's request that the Court recuse itself from this matter.

DEFENDANT,

TOWN OF BRIDGEWATER,

By its attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO #494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

272369/METG/0620

I, Jackie Cowin, certify that the above document was served by first-class mail upon the pro se plaintiff, who is not a registered participant of the Court's ECF system, on January 25, 2006. /s/Jackie Cowin