UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

DONALD M. SCHWARZ,

      Plaintiff

v.

SERGEANT ROBERT LINCOLN,
Individually; TOWN OF BRIDGEWATER,
PLYMOUTH COUNTY,
MASSACHUSETTS,

      Defendants

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

Kopelman and Paige, P.C.
101 Arch Street
Boston, MA  02110-1109
(617) 556-0007
FAX (617) 654-1735

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
12th Floor
Boston, MA  02110-1109

## CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Jackie Cowin

274382/Metg/0620