Clerk, First Circuit Court of the United States of America
Ste 2500 One Courthouse Way
Boston, Mass 02210

Clerk, District Court of the United States of America - Boston
Ste 2300 One Courthouse Way
Boston, Mass 02210

Defense Counsel, Kopelman and Paige
101 Arch Street
Boston, Mass. 02110 - 1109

FILED
CLERKS OFFICE.

2006 APR 13 P 12: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

**RE:**
Schwarz Vs Sergeant Robert Lincoln, individually; Town of Bridgewater
C.A 1: 05  10959 RCL   and    06-1120 (1st C.C.A. Mar 2006)

## NOTICE OF INTERLOCUTORY APPEAL

Recipients,

   Find enclosed a Motion for Interlocutory Appeal to Vacate and Remand Plaintiff's action now before the District Court after review by the First Circuit Court and subsequent dismissal by the First Circuit Court for lack of jurisdiction.

   Plaintiff now petitions the First Circuit Court to Vacate the order of the District Court and to Remand Plaintiff's action back to the state court as there are no federal claims made in the original complaint and Counsel for Defendants have not made substantive and specific arguments to meet the burden of proof required for lawful removal to federal court.

   In the course of seeking redress of the violation of my right to stand on a sidewalk and collect signatures, I have found the circumstances of **SAMUEL A. WORCESTER, 31 US 515** and how he suffered at the hands of corrupt law enforcement. I take pride and support in what SAMUEL A. WORCESTER suffered as he tried to exercise his rights and was falsely arrested for "Trespass", such that I almost was for standing on a public sidewalk in Bridgewater, Mass. Though SAMUEL A. WOCESTER "won" in the Supreme Court, he was still deprived of his rights and kept imprisoned by a corrupt domestic government. SAMUEL A. WORCESTER was forced to "waive" his rights in order to get out of prison before he served his "sentence".

Not unlike the "waiver" I was extorted to sign on September 07, 2005 in the presence of Justice Reginald Lindsay. I did not sign the waiver, and a copy is attached.

Reserving all Rights.

By Plaintiff in his own proper person.

*[signature]*  Date April 11, 2006
Donald M. Schwarz, Plaintiff
92 Benson Road
Stoughton, Mass. 02072
781-344-5405