# United States Court of Appeals
## For the First Circuit

05-10959
Massachusetts
R. Lindsay

No. 06-1120

DONALD M. SCHWARZ,

Plaintiff, Appellant,

v.

SGT. ROBERT LINCOLN,
and TOWN OF BRIDGEWATER, MASSACHUSETTS,

Defendants, Appellees.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: March 29, 2006

Plaintiff must wait until his entire action is adjudicated before seeking review of discovery orders and the orders denying remand. Estate of Bishop v. Bechtel Power Co, 905 F.2d 1272, 1274 (9th Cir. 1990) (orders denying remand to state court are not immediately appealable either as final judgments or under the collateral order doctrine); Polyplastics, Inc. v. Transconex, Inc., 713 F.2d 875, 877 n. 2 (1st Cir. 1983) (order denying remand is non appealable interlocutory order). The appeal is dismissed for lack of appellate jurisdiction.

Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
        Chief Deputy Clerk.

[cc: Donald M. Schwarz, Jackie Cowin, Esq., Joseph L. Tehan, Jr., Esq.]

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Calardo*
Deputy Clerk

Date: 5·3·06