UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

DONALD M. SCHWARZ,

    Plaintiff

v.

SERGEANT ROBERT LINCOLN,
Individually; TOWN OF BRIDGEWATER,
PLYMOUTH COUNTY,
MASSACHUSETTS,

    Defendants

DEFENDANTS' MOTION FOR
CONSIDERATION OF PREVIOUSLY
FILED DISPOSITIVE MOTIONS

Now come the defendants, Town of Bridgewater and Robert Lincoln,[1] and hereby respectfully request that this Court consider, on the merits, motions filed on their behalf on December 20, 2005, for the reasons explained in the within Memorandum of Reasons.

MEMORANDUM OF REASONS

1. On December 20, 2005, the defendants filed the following dispositive motions:

   a. Motion to Dismiss Pursuant to Fed. R.Civ.P.4(M) by Robert Lincoln. Docket, Entry No. 26;

   b. Motion for Summary Judgment by Town of Bridgewater. Docket, Entry Nos. 27, 29, 30;

   c. Motion to Preclude Plaintiff from Opposing Summary Judgment by Town of Bridgewater. Docket, Entry No. 28.

2. Previously, on November 18, 2005, the pro se plaintiff had filed a Notice of Appeal to the First Circuit Court of Appeals, seeking review of several interlocutory orders by the District Court. Docket, Entry No. 23.

---

[1] Robert Lincoln has not been served with the Complaint and thus is not a proper defendant. Lincoln joins in this motion to seek consideration of a Motion to Dismiss for failure to serve that was filed on his behalf.

3. On February 8, 2006, the District Court denied each of the defendants' dispositive motions, "for lack of jurisdiction because this case is still on appeal in the First Circuit Court of Appeals." Docket, Entry dated February 8, 2006.

4. On March 29, 2006, the Court of Appeals dismissed plaintiff's appeal, on grounds that the orders for which he sought review were neither final orders nor appealable interlocutory orders. See Court of Appeals Docket for Case No. 06-1120, Entry dated March 29, 2006 (attached hereto as Exhibit A).

5. On April 13, 2006, plaintiff filed a "Motion for Interlocutory Appeal" in the Court of Appeals, requesting that the Court hear his appeal on an interlocutory basis. Exhibit A, Entry dated April 13, 2006. Plaintiff also filed a "Notice of Interlocutory Appeal" with the District Court on April 18, 2006.

6. On May 2, 2006, the Court of Appeals denied plaintiff's request for interlocutory review. The Court of Appeals' Order issued as a Mandate on May 3, 2006. Exhibit A.; see also District Court Docket, Entry No. 38

7. As the Court of Appeals has unequivocally rejected plaintiff's attempts to seek review of interlocutory orders, jurisdiction over this matter has returned to the District Court. Therefore, the defendants respectfully request that the Court consider, on the merits, the dispositive motions filed on their behalf on December 20, 2005, in order that this case may proceed toward resolution.

WHEREFORE, the defendants respectfully request that this Court consider on the merits their motions of December 20, 2005.

        DEFENDANTS

        By their attorneys,

        /s/Jackie Cowin
        Joseph L. Tehan, Jr. (BBO# 494020)
        Jackie Cowin (BBO# 655880)
        Kopelman and Paige, P.C.
        101 Arch Street
        Boston, MA 02110
        (617) 556-0007

281660/METG/0620

## CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Jackie Cowin



# General Docket
## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 06-1120                          Filed: 1/12/06
Nsuit: 3440  Civil Rights: Other
Schwarz v. Lincoln, et al
Appeal from: U.S. District Court of MA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0101-1 : 05-10959              lead: 05-10959
    Ordering Judge: Reginald C. Lindsay
    Date Filed: 5/10/05
    Date order/judgment: 11/15/05
    Date NOA filed: 11/18/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: due

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

EXHIBIT A

Docket as of May 4, 2006 0:04 am                    Page 3

---

06-1120    Schwarz v. Lincoln, et al

| | |
|---|---|
| 1/12/06 | CIVIL CASE docketed. Opening forms sent. Notice of Appeal filed by Appellant Donald M. Schwarz. Fee due 1/26/06. No hearings below. [06-1120] (jenc) |
| 1/12/06 | RECORD filed: 1 volume consisting of docket entries 1-5, 8-12, 14, 15, 17, 18, 20-25, 27-31. No transcripts filed. [1078492-1] [06-1120] (jenc) |
| 1/12/06 | LETTER filed by Jackie Cowan, Esq. regarding Docketing Statement filed by appellant. Filed on 12/28/05, prior to case being assigned and opened in COA. [06-1120] (jenc) |
| 1/18/06 | DOCKETING STATEMENT filed by Appellant Donald M. Schwarz. [06-1120] (jenc) |
| 1/18/06 | APPEARANCE filed by Donald M. Schwarz, pro se. [1080594-1] [06-1120] (jenc) |
| 1/18/06 | LETTER filed by Donald Schwarz: ...will not surrender to extortion and waiver of his rights... [06-1120] (jenc) |
| 1/23/06 | APPEARANCE filed by Jackie Cowin for Appellee Town of |

|           |                                                                                                                                                                                                                                   |
|-----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|           | Bridgewater. [1083077-1] [06-1120] (jenc)                                                                                                                                                                                         |
| 1/23/06   | APPEARANCE filed by Joseph L. Tehan for Appellee Town of Bridgewater. [1083095-1] [06-1120] (jenc)                                                                                                                                |
| 1/25/06   | LETTER filed by Donald Schwarz regarding IFP filing. [06-1120] (jenc)                                                                                                                                                             |
| 1/26/06   | OBJECTION filed by Appellee Town of Bridgewater to the appellant's docketing statement. Certificate of service dated 1/25/06, by mail. [1084898-1] [06-1120] (jenc)                                                               |
| 2/6/06    | Order to Show Cause entered: The plaintiff Donald M. Schwarz filed a notice of appeal on November 18, 2005 purporting to appeal from an order entered on November 15, 2005 in civil action no. 05-10959 (D. Mass.) denying plaintiff's motion to dismiss and remand. Because the order appealed from does not appear to be a final order or an appealable interlocutory order, this court does not appear to have jurisdiction to review this appeal, absent certification pursuant to Fed. R. Civ. P. 54(b). See 28 U.S.C. 1291, 1292. Accordingly, the appellant is ordered either to move for voluntary dismissal of this appeal pursuant to Fed. R. App. P. 42(b), or to show cause, in writing filed by February 21, 2006, why it should not be dismissed for lack of jurisdiction. The failure to take either action will lead to dismissal of the appeal for lack of diligent prosecution. See Loc. R. 3(b). [06-1120] (jenc) |
| 2/22/06   | RESPONSE to show cause filed by Donald Schwarz. Certificate of service dated 2/20/06, by mail. [1093510-1] [06-1120] (jenc)                                                                                                       |

Docket as of May 4, 2006 0:04 am                    Page 4

---

06-1120   Schwarz v. Lincoln, et al

| | |
|---|---|
| 2/22/06 | Notice of change of address filed by Joseph L. Tehan for Appellees Town of Bridgewater and Robert Lincoln, Jackie Cowin for Appellees Town of Bridgewater and Robert Lincoln. New address: Kopelman and Paige, P.C., 101 Arch Street, 12th Floor. Boston, MA 02110-1109 (jenc) |
| 3/29/06 | JUDGMENT entered by Judge Juan R. Torruella, Senior Judge Norman H. Stahl and Judge Kermit V. Lipez: Plaintiff must wait until his entire action is adjudicated before seeking review of discovery orders and the orders denying remand. Estate of Bishop v. Bechtel Power Co, 905 F.2d 1272, 1274 (9th Cir. 1990) (orders denying remand to state court are |

|  |  |
|---|---|
|  | not immediately appealable either as final judgments or under the collateral order doctrine); Polyplastics, Inc. v. Transconex, Inc., 713 F.2d 875, 877 n. 2 (1st Cir. 1983) (order denying remand is non appealable interlocutory order). The appeal is dismissed for lack of appellate jurisdiction. Dismissed. [1106205-1] [06-1120] (jenc) |
| 4/13/06 | MOTION filed by Appellant Donald M. Schwarz to vacate and remand plaintiff's action now before the District Court after review by the First Circuit court and subsequent dismissal by the First Circuit Court for lack of jurisdiction. Certificate of service dated 4/12/06, by mail. [06-1120] (jenc) |
| 4/21/06 | RESPONSE filed by Appellee Town of Bridgewater to motion vacate and remanded [1111921-1] . Certificate of service dated 4/20/06, by mail. [1114821-1] [06-1120] (jenc) |
| 5/2/06 | ORDER entered by Judge Juan R. Torruella, Senior Judge Norman H. Stahl and Judge Kermit V. Lipez: The "Notice of Interlocutory Appeal," which seeks review pursuant to 28 U.S.C. § 1292(b), is denied. [06-1120] (jenc) |
| 5/3/06 | MANDATE ISSUED. [06-1120] (jenc) |

Docket as of May 4, 2006 0:04 am                Page 5

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 05/09/2006 11:33:41 |||
| PACER Login: | kp0169 | Client Code: | 60700-0620-jc |
| Description: | dkt report | Case Number: | 06-1120 |
| Billable | 5 | Cost: | 0.40 |