# United States Court of Appeals
## For the First Circuit

No. 06-1805

DONALD M. SCHWARZ,

Plaintiff - Appellant,

v.

SGT. ROBERT LINCOLN, individually; TOWN OF BRIDGEWATER, Plymouth County, Massachusetts,

Defendants - Appellees.

**ORDER OF COURT**
Entered: July 17, 2006
Pursuant to 1st Cir. R. 27(d)

Treating appellant's financial affidavit, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 7/17/06

By the Court:

Richard Cushing Donovan, Clerk

By: _JULIE GREGG_
Julie Gregg, Operations Manager

[Certified Copies: Honorable R. Lindsay, Sarah Allison Thornton, Clerk]
[cc: Donald Schwarz, Jackie Cowin, Esq., Joseph Tehan Jr., Esq.]

FIRST CIRCUIT COURT of the UNITED STATES of AMERICA
DISTRICT of MASSACHUSETTS

Donald M. Schwarz, Plaintiff

)
v.                                                                  )    File No. C.A. 05-10959 – RCL
                                                                    )
Sergeant Robert Lincoln, individually,
Town of Bridgewater, Defendants

Notice of Interlocutory Appeal to the First Circuit Court of Appeals for the United States of America

     Donald M. Schwarz, Plaintiff in the above named case does hereby appeal to the United States of America Court of Appeal for the First Circuit from the ORDER of Justice Reginald C. Lindsay of the District Court for the district of Massachusetts, entered in this action on the 17th day of October, 2005 AD. : denying [11] MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater, Plymouth County, Commonwealth of Massachusetts; denying [14] MOTION to DISMISS for lack of Jurisdiction; and denying [15] MOTION to ENJOIN discovery for Defendants by Donald M. Schwarz.

     The parties to the ORDER appealed from and the names and addresses of their respective attorneys are as follows:

Sergeant Robert Lincoln, individually; Town of Bridgewater, Plymouth County, Massachusetts – Defendants' Counsel -----Kopelman and Paige, PC, 101 Arch Str, Boston, Massachusetts 02110-1109

Reserving all Rights,

_____  Date _July 05, 2006_
Donald M. Schwarz, Plaintiff
92 Benson Road
Stoughton, Massachusetts 02072
781-344-5405

Affirmation of First Class posting of true copies to:
First CC- USA of Massachusetts, Civil Clerk, One Courthouse way St 2300, Boston, Mass. 02210; and Kopelman and Paige PC, 101 Arch Str., Boston, Mass. 02110-1109..........

on the ___ th day of July, 2006 AD by
_____ Donald M. Schwarz, Plaintiff.

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $80.00 | $ | $80.00 | $ |
| Disability (such as social security, insurance payments) | $0— | $ | $0— | $ |
| Unemployment payments | $0— | $ | $0— | $ |
| Public-assistance (such as welfare) | $0— | $ | $0— | $ |
| Other (specify): BANK INTEREST | $0.02 | $ | $0.07 | $ |
| Total Monthly Income: | $80.02 | $ | $80.07 | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay | |
|---|---|---|---|---|
| RAYTHEON ENG'G CONSTRUCT | PHIL., PENN | 1991 – 95 | 3,500.00 | EST. |
| SE MRS | ROCHESTER, MASS | 1987 – 89 | 2,300.00 | |
| TELEDYNE | DEDHAM, MASS | 1975 – 87 | 2,300.00 | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ 700.00 APPX
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| WEBSTER BANK | CHECK | $728.00 | $ |
| CONSECO | ANNUITY | $3900.00 | $ N/A |
| RAYTHEON SAVE & INVEST | 401K | $15,900.00 | $ |
| AMERICAN CENTURY | INVEST. | $7478.00 | |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

86

For the Record

2/6

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

**Home** (Value)  N/A

**Other real estate** (Value)  N/A

**Motor Vehicle #1** (Value) $250.00
Make & year: Chev 1985
Model: C-10
Registration #: 684 WWT

**Motor Vehicle #2** (Value)
Make & year: N/A
Model: N/A
Registration #: N/A

**Other assets** (Value) Computer $100.00  N/A

**Other assets** (Value) N/A

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | — | — |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) Are any real estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | $0— | $ |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $0— | $ N/A |
| Home maintenance (repairs and upkeep) | $0— | $ |
| Food | $0— | $ |
| Clothing | $0— | $ |

87

For the Record

3/6

| | | |
|---|---|---|
| Laundry and dry-cleaning | $ 0 — | $ _____ |
| Medical and dental expenses | $ 0 — | $ _____ |
| Transportation (not including motor vehicle payments) | $ 0 — | $ _____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10.00 | $ _____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 — | $ _____ |
|    Homeowner's or renter's | $ 0 — | $ _____ |
|    Life | $ 0 — | $ NA |
|    Health | $ 0 — | $ NA |
|    Motor Vehicle | $ 44.00 | $ _____ |
|    Other: NA | $ 0 — | $ _____ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): NA | $ 0 — | $ _____ |
| Installment payments | $ 0 — | $ _____ |
|    Motor Vehicle | $ 0 — | $ _____ |
|    Credit card (name): NA | $ 0 — | $ _____ |
|    Department store (name): NA | $ 0 — | $ _____ |
|    Other: NA | $ 0 — | $ _____ |
| Alimony, maintenance, and support paid to others | $ 0 — | $ _____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 — | $ _____ |
| Other (specify): STATIONARY, POSTAGE, COURT FEES | $ 30.00 | $ _____ |
| Total monthly expenses: | $ 84.00 | $ _____ |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☒ Yes  ☐ No           If yes, describe on an attached sheet.

See attached: one page

88

For the Record

4/6

Donald. M. Schwarz

CA 05-10959 RCL

Question # 9

I have brought suit against Sergeant Robert Lincoln and the Town of Bridgewater, Massachusetts for violation of my civil rights in the Plymouth County Superior Court Dock # 05 CV 0459, said civil rights violated on April 20, 2002 when Donald M. Schwarz was standing on a public sidewalk in the vicinity of 169 Broad Street – State Highway Route 18 – obtaining signatures of registered voters upon a candidates nomination papers under MGL c. 56, s.11, said Sergeant Lincoln ordering Donald M. Schwarz to stop exercising his civil rights under threat of arrest, whereupon Donald M. Schwarz brought suit against Sergeant Robert Lincoln and the Town of Bridgewater seeking four hundred thousand ($400, 000) in damages and if this case is remanded back to the proper jurisdiction of state court, the prosecution of this suit shall continue, as there are no federal questions in the complaint as submitted to the state court.

*For the Record*

5/6


CA 05-10959 RCL

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

Violates First Amendment Right to Petition For Redress of Grievances; Violates ART. XI Decl. of Rights, Mass. Const. "To obtain Right and Justice Freely.."
Violates: Mills vs Rogers, 457 US 291 "Greater Rights"

13. State the address of your legal ~~residence~~ domicile
98 Bearson Road,
Stoughton, Mass 02072
Your daytime phone number: (781) 344-5405
Your age: 54    Your years of schooling: BSEE
Your social security number: Withheld per
5 USC 552(a)
Sec. 7(b) Voluntary or Mandatory

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lindsay, Reginald entered on 10/17/2005 at 8:20 PM EDT and filed on 10/17/2005
Case Name: Schwarz v. Sergeant Robert Lincoln et al
Case Number: 1:05-cv-10959
Filer:
Document Number:

Docket Text:
Judge Reginald C. Lindsay : ORDER entered denying [11] MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater, Plymouth County, Massachusetts; denying [14] Motion to Dismiss for Lack of Jurisdiction; and denying [15] Motion to Enjoin Discovery for Defendants by Donald M. Schwarz. (Lindsay, Reginald)

The following document(s) are associated with this transaction:

1:05-cv-10959 Notice will be electronically mailed to:

Joseph L. Tehan , Jr    jtehan@k-plaw.com

1:05-cv-10959 Notice will not be electronically mailed to:

Donald M. Schwarz
92 Benson Road
Stoughton, MA 02072

*For the Record*

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

### APPEARANCE FORM

2006 JUL 14 A 10: 26

Case No. 06-1805 Schwarz v. Lincoln

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**FAILURE TO FILL OUT COMPLETELY MAY RESULT IN THE REJECTION OF THIS FORM AND COULD AFFECT THE PROGRESS OF THE APPEAL**

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

Donald M. Schwarz — Appellant _____ as the
(Specify name of person or entity represented)

[✓] appellant(s)      [ ] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

[✓] I do not represent a party to the appeal. Reserving all Rights
under reserve
at the Common Law

Donald M. Schwarz
(signature)

July 05, 2006

(SIGN ONLY IF PARTICIPATING)

Corrections:

_____

_____

_____

781-344-505

_____

_____

Status:

Donald M. Schwarz

92 Benson Road

Stoughton, MA 02072

Telephone: Not on File  781-344-5405

Fax: Not on File

Email: Not on File

**Court Of Appeals Bar Number:** _____

Has this case or any related case previously been on appeal?
Yes ✓
Court of Appeals No. 06-1120

No ___

[ ] IF YOU WILL NOT BE PARTICIPATING IN THIS CASE, PLEASE CHECK HERE AND RETURN, AND GIVE US THE NAME AND ADDRESS OF ANOTHER ATTORNEY, IF ANY, WHO WILL PROVIDE APPELLATE REPRESENTATION.

_____

_____

NOTE: Must be signed by an Attorney admitted to practice before the United States Court of Appeals for the First Circuit pursuant to Local Rule 46(a)(2). If you are applying for admission, please return this appearance form **with** your application for admission.

If your name has changed since you were admitted to the First Circuit Bar PLEASE show the name under which you were admitted.

COUNSEL MUST COMPLETE & RETURN THIS APPEARANCE FORM
IN ORDER TO FILE PLEADINGS IN THIS COURT

NOTE: All Article III courts in the United States of America must make themselves available to any citizen who seeks redress of grievance without the need of hiring an attorney. If an attorney is not necessary to lawfully exercise a right, an attorney is not necessary to seek redress of that right. Courts must avail themselves to the most humble of Americans.

For the Record — Under Reserve
05 July 2006

Donald M. Shury
Plaintiff/Appellant

Appeals must submit an application and fee for admission with the appearance form.

    Dockets, opinions, rules, forms, attorney admission applications, and the court calendar can be obtained from the court's website, **www.ca1.uscourts.gov**.

    If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

    Richard Cushing Donovan, Clerk

*617-748-9057*

cc:    Donald M. Schwarz
       Jackie Cowin, Esq.
       Joseph L. Tehan, Esq.

*What case manager?*
*What phone number?*

---

\* Effective April 9, 2006, the fee for docketing a case on review, or docketing any other proceeding in a court of appeals increased from $250.00 to $450.00.
The fee for filing a notice of appeal with the district court increased from $255.00 to $455.00.