*USDC MA*
*Judge Lindsay*
*05-10959*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1805

DONALD M. SCHWARZ,

Plaintiff - Appellant,

v.

SGT. ROBERT LINCOLN, individually; TOWN OF BRIDGEWATER,
Plymouth County, Massachusetts,

Defendants - Appellees.

**JUDGMENT**
**Entered: September 1, 2006**

In light of this court's order dated September 1, 2006, this appeal is dismissed for lack of appellate jurisdiction.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/26/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By_____
Margaret Carter, Chief Deputy Clerk

[cc: Donald Schwarz, Jackie Cowin, Esq., Joseph Tehan Jr., Esq.]