DISTRICT COURT OF THE UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

C. A. No. 05 10959 RCL

Donald M. Schwarz,
              Plaintiff

PLAINTIFF'S MOTION
FOR RELIEF FROM
JUDGMENT
OR ORDER

Vs

SERGEANT Robert Lincoln, individually;
TOWN OF BRIDGEWATER, PLYMOUTH COUNTY,
COMMONWEALTH OF MASSACHUSETTS.
              Defendants.

Pursuant to Fed. R. Civ. P. Rule 60(b)(6) "Relief from Judgment or Order" - "any other reason for justifying relief from the operation of the judgment", Plaintiff Schwarz now files this MOTION to seek relief from the order of LINDSAY, J. published on October 17, 2005 in regards to the above named action denying to the Plaintiff his request to remand the action back to the lower court where jurisdiction exists.

ARGUMENT

Litigants met in chamber with LINDSAY, R. J., on September 07, 2005 for a hearing on the Defendant's MOTION to remove the Plaintiff's action from the state court to the federal based upon alleged federal questions in the Plaintiff's action. Plaintiff argued that no federal question had been raised in the actual Counts of the action to which LINDSAY, R. J., agreed. SEE: **HUNNEMAN**, **860 F. Supp. 906, 911** " burden showing removal proper is on the defendant seeking removal.."

Defense Counsel submitted a waiver to Plaintiff agreeing to move the action back to the state court if the Plaintiff agreed to waive certain rights. Plaintiff did not agree to the waiver as it was not applicable to the action at hand.

LINDSAY, R. J., noted to Plaintiff that if Plaintiff did not sign the waiver, that said Justice would set trial for the action in the federal court. Said Justice then went on to say that if Plaintiff did not like his ruling, to "take it up with the court down the hall" - The First Appeals Court of the United States. This comment was also witnessed by Defense Counsel - Jackie Cowin, and by a female clerk present in chambers.

Plaintiff has sought a timely appeal and an interrogatory appeal from the First Appeal Court of the United States from which said appeal court has refused to take the appeal lacking jurisdiction to do so, in contravention to the verbal advise and ruling given by LINDSAY, R. J., on September 07, 2005.

## CLAIM FOR RELIEF

Plaintiff now motions the court once again to remand this action back to the lower court where proper jurisdiction exists for further action in this matter. Plaintiff has exhausted all available means to comply with the advise and ruling of LINDSAY, R. J., of September 07, 2005 to "take it up with the court down the hall" and to have had submitted arguments to the First Appeal Court of the United States in good faith based upon the words of LINDSAY, R. J., to do so. In all submissions, the First Appeal Court of the United States denied the appeals stating they did not hold jurisdiction to hear the ruling of LINDSAY, R. J., from the District Court.

Plaintiff has acted honorably and meritoriously in his actions, from having his rights violated by being denied his right to stand on a Bridgewater, Massachusetts sidewalk to collect signatures, to submitting a complaint to the Plymouth County Superior Court seeking damages for violation of his state secured rights, to complying with the erroneous

advise and ruling of LINDSAY, R. J., to submit an appeal to the First Appeal Court of the United States to seek redress from the ruling of LINDSAY, R. J.,

Plaintiff does note to this Court, his objection to the restriction of Rule 60(b) regarding res judicata if party has already attacked jurisdiction as LINDSAY, R. J., never provided substantial evidence in a decision as to the finding of facts and rulings of law that would have supported said ruling. Plaintiff holds, that this exception is a violation of his constitutional rights and does now note his objection.

Made in good faith and to the best of the knowledge of the Plaintiff and does affirm to the contents of this Motion.

Reserving all Rights.

_____ Date 17 OCT 2006
Donald M. Schwarz, Plaintiff, In Pro Per.
92 Benson Road
Stoughton, Massachusetts 02072
781-344-5405

   Affirmation of Posting:

   Plaintiff Schwarz does affirm that true copies of this Motion were posted to the following recipients by First Class mail as posted from his domicile:
   Civil Clerk, District Court of the USA, One Courthouse Way, Boston, Mass. 02210, and
   Jackie Cowin, Kopelman & Paige, 101 Arch street Boston, Mass 02110............
   On the 17 th day of October 2006.
   _____ Donald M. Schwarz, Plaintiff

Mot. For Relief                        For the Record                        page 3 of 3

*Recv'd 17 Oct 2005*
*2 Sept Rul*

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lindsay, Reginald entered on 10/17/2005 at 8:20 PM EDT and filed on 10/17/2005
Case Name: Schwarz v. Sergeant Robert Lincoln et al
Case Number: 1:05-cv-10959
Filer:
Document Number:

Docket Text:
Judge Reginald C. Lindsay : ORDER entered denying [11] MOTION for Special Appearance to determine Jurisdiction by Donald M. Schwarz; granting [13] MOTION to Compel Discovery by Town of Bridgewater, Plymouth County, Massachusetts; denying [14] Motion to Dismiss for Lack of Jurisdiction; and denying [15] Motion to Enjoin Discovery for Defendants by Donald M. Schwarz. (Lindsay, Reginald)

The following document(s) are associated with this transaction:

1:05-cv-10959 Notice will be electronically mailed to:

Joseph L. Tehan , Jr    jtehan@k-plaw.com

1:05-cv-10959 Notice will not be electronically mailed to:

Donald M. Schwarz
92 Benson Road
Stoughton, MA 02072