UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

| | |
|---|---|
| DONALD M. SCHWARZ,<br><br>    Plaintiff<br>v.<br><br>SERGEANT ROBERT LINCOLN,<br>Individually; TOWN OF BRIDGEWATER,<br>PLYMOUTH COUNTY,<br>MASSACHUSETTS,<br><br>    Defendants | CERTIFICATE OF<br>COMPLIANCE WITH L.R. 7.1(A)(2) |

Pursuant to Local Rules 7.1(A)(2) and 37.1(A) of the United States District Court for the District of Massachusetts, counsel for the Town of Bridgewater and Robert Lincoln hereby certifies that she conferred with the pro se plaintiff regarding the Town's Motion for Summary Judgment, the Town's Motion to Preclude Plaintiff from Opposing Summary Judgment, and Robert Lincoln's Motion to Dismiss, by sending a detailed letter regarding same on December 15, 2005. As of the below date, no response to the letter was received.

    /s/Jackie Cowin
    Jackie Cowin (BBO# 655880)
    Kopelman and Paige, P.C.
    101 Arch Street
    Boston, MA 02110
    (617) 556-0007

Dated: March 13, 2007

CERTIFICATE OF SERVICE

    I, Jackie Cowin, certify that the above document has been or will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system. /s/Jackie Cowin

269115/METG/0620