UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

| | |
|---|---|
| DONALD M. SCHWARZ,<br><br>    Plaintiff<br>v.<br><br>SERGEANT ROBERT LINCOLN, Individually;<br>TOWN OF BRIDGEWATER, PLYMOUTH<br>COUNTY, MASSACHUSETTS,<br><br>    Defendants | ROBERT LINCOLN'S MOTION<br>TO DISMISS PURSUANT TO<br>FED.R.CIV.P. 4(M) |

Now comes Robert Lincoln ("Lincoln"), and hereby moves, pursuant to Fed.R.Civ.P. 4(m), that this Honorable Court dismiss the above action against him, based on plaintiff's failure to serve the summons and Complaint upon him. As grounds therefor, Lincoln relies on the within Memorandum of Reasons.

## MEMORANDUM OF REASONS

1.  The Complaint in this matter was filed in the Plymouth Superior Court on April 20, 2005, and removed to this Court by the defendant Town of Bridgewater on May 10, 2005.

2.  Well over 120 days has passed since the filing and removal of the Complaint.

3.  To date, Lincoln has not been served with the summons and Complaint.

4.  Further, service of the Complaint upon Lincoln would be futile, as the Complaint is subject to dismissal for the reasons set forth in the Town's Motion for Summary Judgment, filed simultaneously herewith.

WHEREFORE, Robert Lincoln respectfully requests that this Court dismiss the above action against him.

>DEFENDANT,
>
>ROBERT LINCOLN,
>
>By his attorneys,
>
>/s/Jackie Cowin_____
>Joseph L. Tehan, Jr. (BBO# 494020)
>Jackie Cowin (BBO# 655880)
>Kopelman and Paige, P.C.
>101 Arch Street
>Boston, MA 02110
>(617) 556-0007

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document has been or will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system. /s/Jackie Cowin

268966/METG/0620