UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

| | |
|---|---|
| DONALD M. SCHWARZ,<br><br>    Plaintiff<br>v.<br><br>SERGEANT ROBERT LINCOLN,<br>Individually; TOWN OF BRIDGEWATER,<br>PLYMOUTH COUNTY,<br>MASSACHUSETTS,<br><br>    Defendants | DEFENDANT TOWN OF<br>BRIDGEWATER'S MOTION<br><u>FOR SUMMARY JUDGMENT</u> |

    Now comes the defendant Town of Bridgewater ("Town") and hereby moves, pursuant to Fed.R.Civ.P. 56(b), for summary judgment in its favor in the above-captioned matter.[1]

    As grounds therefor, the Town states that there exists no genuine issue as to any material fact, and that it is entitled to judgment in its favor as a matter of law. As further grounds therefor, the Town relies on the attached Local Rule 56.1 Statement of Material Facts of Record as to which There is No Genuine Issue to be Tried, and the attached supporting memorandum of law.

---

[1] Robert Lincoln has not been served with the Complaint and thus is not a party to this Motion. Lincoln has filed a Motion to Dismiss the Complaint for failure to serve, pursuant to Fed.R.Civ.P. 4(m).

WHEREFORE, the defendant Town of Bridgewater respectfully requests that this Court enter judgment in its favor and dismiss the Complaint in its entirety.

> DEFENDANT,
>
> TOWN OF BRIDGEWATER,
>
> By its attorneys,
>
> /s/Jackie Cowin
> Joseph L. Tehan, Jr. (BBO# 494020)
> Jackie Cowin (BBO# 655880)
> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA 02110
> (617) 556-0007

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document has been or will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system. /s/Jackie Cowin

268970/METG/0620