UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

DONALD M. SCHWARZ,

    Plaintiff

v.

SERGEANT ROBERT LINCOLN,
Individually; TOWN OF BRIDGEWATER,
PLYMOUTH COUNTY,
MASSACHUSETTS,

    Defendants

DEFENDANT TOWN OF
BRIDGEWATER'S L.R. 56.1
STATEMENT OF MATERIAL FACTS OF
RECORD AS TO WHICH THERE IS NO
GENUINE ISSUE TO BE TRIED

1. This action arises from an encounter between plaintiff Donald M. Schwarz ("Schwarz") and Sgt. Robert Lincoln, a police officer for the Town of Bridgewater ("Town"), on property located at 169 Broad Street in the Town (the "Property"). Affidavit of Sgt. Robert Lincoln ("Exhibit A"), ¶2.

2. The Property is owned by Jay D. Leach and Arthur N. Wyman, doing business as JLW Realty Construction Company ("JLW"). Certified Copy of Assessors Card for 169 Broad Street ("Exhibit B"). Leach and Wyman are private individuals.

3. JLW leases the Property to the U.S. Postal Service. Exhibit B.

4. The Property includes a building, a handful of parking spaces adjacent to the building, and a small stairway and handicap ramp leading to the door of the building. Pictures of 169 Broad Street ("Exhibit C"); Affidavit of David R. Moore ("Exhibit D"), ¶3.

5. There is no public sidewalk adjacent to the Property. The front of the Property directly abuts Broad Street, which is part of State Highway Route 18. Exhibit A, ¶4; Exhibit C; Exhibit D, ¶5.

6. On April 20, 2002, the plaintiff stood on the Property, soliciting signatures for a candidate for political office. Complaint, ¶4.

7. A Postal Service employee informed plaintiff that he was not permitted to solicit signatures on the property, and requested that he move across the street. Complaint, ¶¶5, 8.

8. Plaintiff refused to move, and the Postal Service employee called the police. Complaint, ¶11.

9. Sgt. Robert Lincoln of the Town's police department responded to the above-referenced call. Exhibit A, ¶2. Upon arriving at the Property, Sgt. Lincoln spoke with the employee, who informed Lincoln that Schwarz had refused her request to leave the Property. Exhibit A, ¶3.

10. Sgt. Lincoln informed Schwarz that he was not permitted to solicit signatures on the Property, and requested that Lincoln move across the street. Complaint, ¶¶17-18.

11. Schwarz stated "I'm just trying to exercise my constitutional rights," to which Lincoln replied "Now you're starting to aggravate me." Complaint, ¶¶20-21.[1]

12. Schwarz noted to Lincoln that his uniform did not display a name tag or badge, to which Lincoln pointed to his sergeant stripes and said "This is the only identification I need." Complaint, ¶¶22-23.[2] Lincoln then told Schwarz, "Lincoln." Complaint, ¶24.

13. Schwarz then ceased soliciting signatures. Complaint, ¶25.

14. On February 26, 2004, plaintiff purported to issue a presentment letter, pursuant to G.L. c.258, §4, to the Town's Board of Selectmen. Letter from Donald M. Schwarz to Town

---

[1] The Town disputes the allegation made in Paragraph 21 of the Complaint. The Town accepts this disputed fact as true for purposes of Summary Judgment only.

[2] The Town similarly disputes the allegation made in Paragraph 23 of the Complaint. The Town accepts this disputed fact as true for purposes of Summary Judgment only.

of Bridgewater ("Exhibit E").  The letter contains no reference whatsoever to any alleged negligence, either by Lincoln or the Town.  Id.  Instead, the letter simply asserts violations of the state and federal constitutions, various state statutes, and "breach of contract."  Id., p. 3 ("Redress").

DEFENDANT,

TOWN OF BRIDGEWATER,

By its attorneys,

/s/Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA  02110
617-556-0007

263583/METG/0620

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system. /s/Jackie Cowin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10959-RCL

| | |
|---|---|
| DONALD M. SCHWARZ,<br><br>    Plaintiff<br>v.<br><br>SERGEANT ROBERT LINCOLN,<br>Individually; TOWN OF BRIDGEWATER,<br>PLYMOUTH COUNTY,<br>MASSACHUSETTS,<br><br>    Defendants | ATTACHMENTS TO DEFENDANT TOWN OF BRIDGEWATER'S L.R. 56.1 STATEMENT OF MATERIAL FACTS OF RECORD AS TO WHICH THERE IS NO <u>GENUINE ISSUE TO BE TRIED</u> |

**Attachments A through E to Defendant Town of Bridgewater's L.R. 56.1 Statement of Material Facts of Record as to Which There is no Genuine Issue to be Tried, are to be filed by hand with the Court, and served upon counsel of record by mail, on March 13, 2007.**

DEFENDANT
TOWN OF BRIDGEWATER,

By its attorneys,

<u>/s/ Jackie Cowin</u>
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110
(617) 556-0007

CERTIFICATE OF SERVICE

I, Jackie Cowin, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. /s/Jackie Cowin

309342METG/0620