# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**DONALD SCHWARZ**
                    **Plaintiff**

                                              **CIVIL ACTION**

    **V.**
                                              **NO. 05-10959-RCL**

**SERGEANT ROBERT LINCOLN, ET AL**
                    **Defendant**

## JUDGMENT

**LINDSAY, D. J.**

In accordance with the Court's Memorandum and Order dated January 14, 2008 granting defendants' motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the **defendants.**

                                    **By the Court,**

  **January 15, 2008**                    **/s/ Lisa M. Hourihan**
          **Date**                        **Deputy Clerk**

**(Judgmnt1.frm - 09/92)**                                    **[jgm.]**